## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Medapoint, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  4 5 – 4 4 0 6 5 0 8

4. **Debtor's address**

   Principal place of business

   3005 S. Lamar Blvd.
   Number  Street
   Suite D109-136

   Austin          TX    78704
   City           State  ZIP Code

   Travis
   County

   Mailing address, if different from principal place of business

   Number  Street

   P.O. Box

   City           State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number  Street

   City           State  ZIP Code

5. **Debtor's website (URL)**  http://www.medapoint.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Medapoint, Inc.**            Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list

    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
              District _____ When _____ Case number _____
                                      MM / DD / YYYY
              District _____ When _____ Case number _____
                                      MM / DD / YYYY

Debtor **Medapoint, Inc.**          Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
City      State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Medapoint, Inc.**     Case number (if known) _____

### 14. Estimated number of creditors
- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

### 15. Estimated assets
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **7-17-17**
MM / DD / YYYY

X _/s/ Eric J. Becker_     **Eric J. Becker**
Signature of authorized representative of debtor     Printed name

Title **President, CEO and Director**

### 18. Signature of attorney

X _/s/_     Date **7/17/17**
Signature of attorney for debtor     MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Johnson PLLC**
Firm name

**12770 Coit Road**
Number    Street

**Suite 1100**

**Dallas**     **TX**     **75251**
City     State     ZIP Code

**(214) 365-5377**     **hms7@cornell.edu**
Contact phone     Email address

**00785023**     **TX**
Bar number     State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Medapoint, Inc.

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 7/17/17

Signature _____
Eric J. Becker
President, CEO and Director

Date _____

Signature _____

360 Internet Marketing LLC
3006 Longhorn Blvd., Ste. 109
Austin, Texas 78758


9Gauge Partners, LLC
1717 W. 6th Street, Suite 380
Austin, Texas 78703


Acryness
128 Talbert Road, Suite J
Mooresville, North Carolina 28117


American Express
P.O. Box 650488
Dallas, Texas 75265-0448


Answer Connect
MS 61, P.O. Box 4000
Portland, Oregon 97208-4000


Austin Community College District
c/o Bruce Elfant
P.O. Box 1748
Austin, TX 78767


Austin ISD
c/o Bruce Elfant
P.O. Box 1748
Austin, TX 78767


Catalyst Design
P.O. Box 82811
Austin, Texas 78708


Ceal Technology, LLC
2147 Barton Hills Drive
Austin, Texas 78704

Change Healthcare
P.O. Box 572490
Murray, Utah 84157-2490


CitrixOnline
7414 Hollister Avenue
Goleta, California 93117


Clear Measure
11044 Research Blvd, Suite B-220
Austin, Texas 78759


CNA
P.O. box 790094
St. Louis, Missouri 63179-0094


Cool Apps
13A Tintyava Street, FL4 at 6
Sofia, 1113
BULGARIA


Crestech Software Systems
2450 Peralta Blvd, Suite 202
Fremont, California 94536


Daniel Gill, CPA
1815 Piedmont Avenue
Austin, Texas 78757


Demand Boost, Inc.
P.O. Box 23243
San Jose, California 95153


Direct Recruiters
31300 Solon Road, Suite 4
Solon, Ohio 44139

DocuSign
1301 2nd Avenue, Suite 2000
Seattle, Washingont 98101


DSCH Captal Partners, LLC
D/B/A Far West Capital
4601 Spicewood Springs Road
Building 2, Suite 200
Austin, TX 78759

EB QuickStart
3000 S. I-35, Suite 320
Austin, Texas 78704


EDI Systems
14-Vrundavan, Nr. Piplod Jakatnaka, Pipl
Surat, Gujarat 395007
INDIA


EMC
4246 Collections Center Drive
Chicago, Illinois 60693


Erik Sheedy
2592 Oak Road #258
Walnut Creek, California 94597


Freeman Company
1600 Viceroy, Suite 100
Dallas, Texas 75235


Github
88 Colin P Kelly Jr. Street
San Francisco, California 94107


GraphHopper GmbH
Meindlstrasse 11c
Munich, 81373
GERMANY

Group Avantica, Inc.
2680 Bayshore Pkwy, Suite 416
Mountain View, California 94043


Hill Country Springs
P.O. Box 2220
Mancheca, Texas 78652-2220


Holtzman Partners
1710 West 6th Street
Austin, Texas 78703


Horseshoe Brothers
4425 S Mopac, Building #1
Austin, Texas 78735


IBM
1601 Cherry Street, 20th Floor
Philadelphia, Pennsylvania 19102


IContact
2450 Perimeter Park Drive, Suite 105
Morrisville, North Carolina 27560


Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346


Izenda
5775 Peachtree Dunwoody Road, Bldg C, Su
Atlanta, Georgia 30342


K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104

Logicworks Systems Corporation
P.O. Box 29978
New York, New York 10087-9978


Logmein
7414 Hollister Avenue
Goleta, California 93117


Match Point Partners LLC
17 Mayhew Ave
Larchmont, New York 10538


Micro World/SysTalent
Al Mirqab Jadeed St, PB No. 39456
Doha
QATAR


Microsoft Licensing, GP
1950 N. Stemmons Fwy, Ste 5010 LB#842467
Dallas, Texas 75207


Mintz Levin
P.O. Box 4539
Boston, MA 02212-4539


Paisley Software Solutions
12036 Tulare Drive
Austin, Texas 78748


Paul Hanna - Exp Reimb
9001 Vigen Circle
Austin, Texas 78748


PennWell Corporation
21428 Network Place
Chicago, Illinois 60673-1214

Praetorian Group
200 Green Street, Suite 200
San Francisco, California 94111


PWW Media Inc.
5010 E. Trindle Road, Suite 202
Mechanicsburg, Pennsylvania 17050


RDX
2000 Ericsson Drive, Suite 102
Warrendale, Pennsylvania 15086


Real Time Cloud Services
228 Park Avenue, Suite 74880
New York, New York 10003-1502


Regus-
P.O. Box 842456
Dallas, Texas 75284-2456


Ringcentral Inc
20 Davis Drive
Belmont, California 94002


Ryan Rapp & Underwood
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012-2424


Salesforce.com
P.O. Box 203141
Dallas, Texas 75320-3141


Smartystreets
3214 N. University Avenue, #409
Provo, Utah 84604

Softchoice Corporation
701 Brazos Street
Austin, Texas 78701


South Comm Business Media
1233 Janesville Ave
Forth Atkinson, Wisconsin 53538


SouthComm Business Media LLC
P.O. Box 684080
Chicago, Illinois 60695


Spross & Associates
1605 Lakecliff Hills Ln., Suite 100
Austin, Texas 78732


Stalwart Communications, Inc
10601-G Tierrasanta Blvd.
San Diego, California 92124


Standards IT
2410 W. Memorial Road
Oklahoma City, Oklahoma 73134


Steve Pynylo
3 Fern Close
Middle Park, 4074
AUSTRALIA


Tartan Resources Limited (DMCC Branch)
Unit No. 30-01-3081, Jewellery & Gemplex
Dubai
UAE


Telerik
201 Jones Road, 1st Floor
Waltham, MA 02451

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778


Time Warner Cable
P.O. Box 60074
City of Industry, California 91716


Travis County
c/o Bruce Elfant
P.O. Box 1748
Austin, TX 78767


Travis County Healthcare District
c/o Bruce Elfant
P.O. Box 1748
Austin, TX 78767


Twilio
375 Beale Street, Suite 300
San Francisco, California 94105


United Healthcare Premium Billing
P.O. Box 959782
St. Louis, Missouri 63195-9782


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


Woolpert
P.O. Box 641998
Cincinnati, Ohio 45264

Zendesk
989 Market Street, Suite 300
San Francisco, California 94103