UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　CHAPTER　11
**Medapoint, Inc.**

DEBTOR(S)　　　　　　　　　　　　　　　　　　　CASE NO　17-10876

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Amanda Whaley<br>12323 Willow Bend<br>Austin, Texas 78758 | Options under equity incentive plan | 100,000 | n/a |
| Ana Boza<br>4700 Rue Street<br>Austin, Texas 78731 | Options under equity incentive plan | 281,249 | n/a |
| Breaux B Castleman Roth IRA<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Common | 291,925 | stock |
| Breaux Castleman<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Series A | 76,115 | stock |
| Breaux Castleman<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Common | 275,060 | stock |
| Debbie Moore<br>205 Sebastian's Run<br>Austin, Texas 78738 | Options under equity incentive plan | 50,000 | n/a |
| Eric Becker<br>4211 Galiceno Lane<br>Cedar Park, Texas 78613 | Common | 1,200,000 | stock |
| Headwater Ventures LLC<br>3200 Broadmoor Ave, SE<br>Grand Rapids, MI 49512 | Common | 102,754 | stock |
| Joe Horbey<br>1101 New Hampshire Ave NW Apt 419<br>Washington, DC 20037 | Options under equity incentive plan | 30,000 | n/a |
| John Dadey<br>2147 Barton Hills Dr.<br>Austin, Texas 78704 | Common | 3,068,640 | stock |
| Kenneth D. Bloem<br>607 Ottawa St.<br>Elk Rapids, MI 49629 | Series A | 76,115 | stock |
| Kenneth D. Bloem<br>607 Ottawa St.<br>Elk Rapids, MI 49629 | Common | 1,468,460 | stock |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  
**Medapoint, Inc.**

CHAPTER 11

DEBTOR(S)

CASE NO 17-10876

# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Loren Parker 3212 Gentry Dr. Austin, Texas 78746 | Common | 1,731,360 | stock |
| Noah Scharchberg 7811 Lazy Lane Austin, TX 78757 | Options under equity incentive plan | 30,000 | n/a |
| Peter J. Kok Trust 2057 Timber Pint Dr. Ada, MI 49301 | Series A | 76,115 | stock |
| Peter J. Kok Trust 2057 Timber Pint Dr. Ada, MI 49301 | Common | 565,756 | stock |
| Randall Moore 4825 Sheridan Ave., South Minneapolis, MN 55410 | Series A | 76,115 | stock |
| Randall Moore 4825 Sheridan Ave., South Minneapolis, MN 55410 | Common | 271,369 | stock |
| Robert DeJong 1220 Troon Court Grand Rapids, MI 49546 | Series A | 38,058 | stock |
| Robert DeJong 1220 Troon Court Grand Rapids, MI 49546 | Common | 714,992 | stock |
| Roland Gray 218 Hunting Ct. Jonesboro, GA 30236 | Common | 134,989 | stock |
| Scott Addison 15088 Leonard Rd. Sprink Lake, MI 49456 | Common | 102,754 | stock |
| Scott Lachniet 458 Ranch Dr. Northern Shores, MI 49441 | Series A | 76,115 | stock |
| Scott Lachniet 458 Ranch Dr. Northern Shores, MI 49441 | Common | 565,816 | stock |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  
Medapoint, Inc.

CHAPTER 11

DEBTOR(S)

CASE NO 17-10876

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President, CEO and Director** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 8-7-17

Signature: _____  
Eric J. Becker  
President, CEO and Director