**Medapoint Inc.**
**Balance Sheet**
**For the Month Ending May 31, 2017**

| | May 31, 2017 | April 30, 2017 | Variance - Current v Prior Month |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash and Cash Equivallent | 53,970.55 | 84,497.40 | (30,526.85) |
| Accounts Receivable, Net of Allowance of Doubtful Account | 377,554.64 | 401,880.99 | (24,326.35) |
| Prepaid Expenses | 14,709.25 | 44,344.42 | (29,635.17) |
| Other Current Assets | 34,838.22 | 26,018.14 | 8,820.08 |
| **Total Current Assets** | **481,072.66** | **556,740.95** | **(75,668.29)** |
| | | | |
| Property, Plant & Equipment: | | | |
| Computer Harware | 21,995.05 | 21,995.05 | 0.00 |
| Accumulated Depreciation - Computer Hardware | (20,380.46) | (20,217.65) | (162.81) |
| Furniture & Equiipment | 5,538.96 | 5,538.96 | 0.00 |
| Accumulated Depreciation - F & E | (2,490.87) | (2,424.93) | (65.94) |
| **Total Property, Plant & Equipment** | **4,662.68** | **4,891.43** | **(228.75)** |
| | | | |
| **Other Assets** | **253,714.09** | **274,949.47** | **(21,235.38)** |
| | | | |
| **TOTAL ASSETS** | **739,449.43** | **836,581.85** | **(97,132.42)** |
| | | | |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | |
| | | | |
| Current Liabilities: | | | |
| Accounts & Credit Card Payble | (602,632.97) | (565,967.56) | (36,665.41) |
| Deferred Revenues | (149,381.58) | (178,294.30) | 28,912.72 |
| Accrued Expenses | (857,431.57) | (831,466.64) | (25,964.93) |
| Other Current Liabilities | (519,124.15) | (541,667.74) | 22,543.59 |
| **Total Current Liabilities** | **(2,128,570.27)** | **(2,117,396.24)** | **(11,174.03)** |
| | | | |
| **Long Term Liabilities** | **(56,963.95)** | **(65,010.26)** | **8,046.31** |
| | | | |
| **TOTAL LIABILITIES** | **(2,185,534.22)** | **(2,182,406.50)** | **(3,127.72)** |
| | | | |
| Shareholders' Equity: | | | |
| Common Stock | (1,449.09) | (1,449.09) | 0.00 |
| Preferred Stock | (41.86) | (41.86) | 0.00 |
| Additional Paid in Capital - Common Stock | (1,601,295.75) | (1,601,295.75) | 0.00 |
| Additional Paid in Capital - Preferred Stock | (549,958.14) | (549,958.14) | 0.00 |
| Equity, Beginning Balance | (1,977.75) | (1,977.75) | 0.00 |
| Retained Earnings | 3,062,609.67 | 3,062,609.67 | 0.00 |
| YTD (Income)/Losses | 538,197.71 | 437,937.57 | (100,260.14) |
| | | | |
| **TOTAL SHAREHOLDERS' EQUITY** | **1,446,084.79** | **1,345,824.65** | **(100,260.14)** |
| | | | |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | **739,449.43** | **836,581.85** | **(97,132.42)** |