**Medapoint Inc.**
**Statement of Cash Flows**
**For the Month Ending May 31, 2017**

| | |
|---|---:|
| OPERATING ACTIVITIES | |
|     Net Income | (100,260.14) |
|         Accounts Receivable, Net | 24,326.35 |
|         Undeposited Funds | (8,820.08) |
|         Prepaid Expenses & Other Assets:123090 · Prepaid-Other | 29,635.17 |
|         Depreciation | 228.75 |
|         Accounts Payable and Credit Cards Payable | 36,665.41 |
|         Deferred Revenue | (28,912.72) |
|         Payroll Liabilities | (24,124.97) |
|         Accrued Liabilities:240080 · Accrued Expenses | 25,964.93 |
|         Note Payable - ST Portion | 1,581.38 |
| Net cash provided by Operating Activities | (43,715.92) |
| INVESTING ACTIVITIES | |
|         Software Development Costs | 21,235.38 |
| Net cash provided by Investing Activities | 21,235.38 |
| FINANCING ACTIVITIES | |
|         Long Term Liabilty | (8,046.31) |
| Net cash provided by Financing Activities | (8,046.31) |
| Net cash increase for period | (30,526.85) |
| Cash at beginning of period | 84,497.40 |
| Cash at end of period | 53,970.55 |