UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:
**Medapoint, Inc.**

CHAPTER 11

DEBTOR(S)

CASE NO 17-10876

*AMENDED*
**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Amanda Whaley<br>12323 Willow Bend<br>Austin, Texas 78758 | Options under equity incentive plan | 100,000 | n/a |
| Ana Boza<br>4700 Rue Street<br>Austin, Texas 78731 | Options under equity incentive plan | 281,249 | n/a |
| Breaux B Castleman Roth IRA<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Common | 291,925 | stock |
| Breaux Castleman<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Series A | 76,115 | stock |
| Breaux Castleman<br>1415 S. Voss Rd, Suite 110-109<br>Houston, Texas 77057 | Common | 275,060 | stock |
| Debbie Moore<br>205 Sebastian's Run<br>Austin, Texas 78738 | Options under equity incentive plan | 50,000 | n/a |
| Eric Becker<br>4211 Galiceno Lane<br>Cedar Park, Texas 78613 | Common | 1,200,000 | stock |
| Headwater Ventures LLC<br>3200 Broadmoor Ave, SE<br>Grand Rapids, MI 49512 | Common | 102,754 | stock |
| Joe Horbey<br>1101 New Hampshire Ave NW Apt 419<br>Washington, DC 20037 | Options under equity incentive plan | 30,000 | n/a |
| John Dadey<br>2147 Barton Hills Dr.<br>Austin, Texas 78704 | Common | 3,068,640 | stock |
| Kenneth D. Bloem<br>607 Ottawa St.<br>Elk Rapids, MI 49629 | Series A | 76,115 | stock |
| Kenneth D. Bloem<br>607 Ottawa St.<br>Elk Rapids, MI 49629 | Common | 1,468,460 | stock |
| Loren Parker<br>3212 Gentry Dr.<br>Austin, Texas 78746 | Common | 1,731,360 | stock |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE:  
**Medapoint, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO **17-10876**

## *AMENDED*
## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security / Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Mike Ciullo<br>399 Fremont St. #3102<br>San Francisco, CA 94105 | options under equity incentive plan | 250,000 | |
| Noah Scharchberg<br>7811 Lazy Lane<br>Austin, TX 78757 | Options under equity incentive plan | 30,000 | n/a |
| Peter J. Kok Trust<br>2057 Timber Pint Dr.<br>Ada, MI 49301 | Series A | 76,115 | stock |
| Peter J. Kok Trust<br>2057 Timber Pint Dr.<br>Ada, MI 49301 | Common | 565,756 | stock |
| Randall Moore<br>4825 Sheridan Ave., South<br>Minneapolis, MN 55410 | Series A | 76,115 | stock |
| Randall Moore<br>4825 Sheridan Ave., South<br>Minneapolis, MN 55410 | Common | 271,369 | stock |
| Ray Chase<br>3313 Thomas Kincheon St #A<br>Austin, TX 78745-7418 | Options under equity incentive plan | 250,000 | |
| Rob Rodrigues<br>2304 Cameron Blvd.<br>Isle of Palms, SC 29451 | options under equity incentive program | 400,000 | |
| Robert DeJong<br>1220 Troon Court<br>Grand Rapids, MI 49546 | Series A | 38,058 | stock |
| Robert DeJong<br>1220 Troon Court<br>Grand Rapids, MI 49546 | Common | 714,992 | stock |
| Roland Gray<br>218 Hunting Ct.<br>Jonesboro, GA 30236 | Common | 134,989 | stock |
| Scott Addison<br>15088 Leonard Rd.<br>Sprink Lake, MI 49456 | Common | 102,754 | stock |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  
**Medapoint, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO **17-10876**

### *AMENDED*
### LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security / Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Scott Lachniet<br>458 Ranch Dr.<br>Northern Shores, MI 49441 | Series A | 76,115 | stock |
| Scott Lachniet<br>458 Ranch Dr.<br>Northern Shores, MI 49441 | Common | 565,816 | stock |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President, CEO and Director** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/10/2017**

Signature: _____  
*Eric J. Becker*  
President, CEO and Director