## Medapoint Inc.
## Income Statement
## For the Month Ending May 31, 2017

|  | May 31, 2017 | April 30, 2017 | Variance - Current v Prior Month |
|---|---|---|---|
| **Revenues:** | | | |
| AdvanceClaim | 177,573.20 | 180,082.50 | (2,509.30) |
| AdvanceCare | 5,443.90 | 3,730.56 | 1,713.34 |
| AdvanceDispatch | 27,449.50 | 27,534.63 | (85.13) |
| Professional Services | 8,749.00 | 6,500.00 | 2,249.00 |
| Other Revenue | | | 0.00 |
| **Total Revenue** | **219,215.60** | **217,847.69** | **1,367.91** |
| **Costs of Goods Sold** | | | |
| Cost - AdvanceClaim | 57,170.82 | 61,911.22 | 4,740.40 |
| Cost - AdvanceCare | 12,804.50 | 13,234.92 | 430.42 |
| Cost - AdvanceDispatch | 24,877.43 | 25,866.56 | 989.13 |
| Cost - Professional Services | 0.00 | 0.00 | 0.00 |
| Costs - Others | 0.00 | 0.00 | 0.00 |
| **Total Costs of Goods Sold** | **94,852.75** | **101,012.70** | **6,159.95** |
| **Revenues after COGS** | **124,362.85** | **116,834.99** | **(4,792.04)** |
| **Personnel Expenses:** | | | |
| Salaries & Wages | 67,425.56 | 71,327.52 | 3,901.96 |
| Overtime | 0.00 | 0.00 | 0.00 |
| Commissions | 0.00 | 0.00 | 0.00 |
| Bonuses | 0.00 | 0.00 | 0.00 |
| Serverances | 0.00 | 0.00 | 0.00 |
| Payroll Taxes | 4,730.97 | 5,438.02 | 707.05 |
| Group Insurances | 10,393.26 | 11,839.48 | 1,446.22 |
| 401K Match | 0.00 | 0.00 | 0.00 |
| Other Benefits | 0.00 | 0.00 | 0.00 |
| Workers Compensation Insurance | 507.50 | 504.50 | (3.00) |
| Other Personnel Expenses | 253.52 | 228.64 | 24.88 |
| **Total Personnel Expenses** | **83,310.81** | **89,338.16** | **6,077.11** |
| **Non-Personnel Expenses** | | | |
| Advertising / Marketing / Promotions | 4,350.30 | 1,407.37 | (2,942.93) |
| Trade Shows and Conferences | 0.00 | 0.00 | 0.00 |
| Educational Conference / Seminar | 0.00 | 0.00 | 0.00 |
| Contracted Services - Profeessionals | 14,988.5 | 24,654.72 | 9,666.22 |
| Contracted Services - None Professionals | 2,075.00 | 2,112.50 | 37.50 |

**Medapoint Inc.**
**Income Statement**
**For the Month Ending May 31, 2017**

| | May 31, 2017 | April 30, 2017 | Variance - Current v Prior Month |
|---|---|---|---|
| Software Development | 81,929.75 | (7,133.32) | (89,063.07) |
| Bad Debt Expense | 4,107.64 | 4,822.51 | 714.87 |
| Books, Dues & Subscriptions | 0.00 | 0.00 | 0.00 |
| Depreciations | 228.75 | 228.75 | 0.00 |
| Equipment Rental | 0.00 | 0.00 | 0.00 |
| Expendable Equipment | 0.00 | 0.00 | 0.00 |
| Repair and Maintenance | 0.00 | 0.00 | 0.00 |
| D&O / E&O Insurance | 0.00 | 0.00 | 0.00 |
| General Insurance | 0.00 | 0.00 | 0.00 |
| Meeting Expense | 0.00 | 0.00 | 0.00 |
| Meals & Entertainment | 109.53 | 495.52 | 385.99 |
| Lodging | 130.62 | 558.90 | 428.28 |
| Travel | 107.06 | 595.63 | 488.57 |
| Facility Rent | 6,368.81 | 5,985.32 | (383.49) |
| Facility - Utilities | 2,066.31 | 1,984.05 | (82.26) |
| Bank Fees | 1,095.46 | 855.55 | (239.91) |
| Interests and Financing Fees | 745.15 | 934.10 | 188.95 |
| Management Fee | 10,346.39 | 11,250.00 | 903.61 |
| Misc. Expenses | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 9.80 | 9.80 | 0.00 |
| Printing | 549.78 | 0.00 | (549.78) |
| Recruiting | 3,000.00 | 0.00 | (3,000.00) |
| Software / Computer Services | 8,903.26 | 11,916.41 | 3,013.15 |
| Office Supplies | 200.07 | 252.61 | 52.54 |
| Taxes | 0.00 | 90.01 | 90.01 |
| **Total Non Personnel Expenses** | 141,312.18 | 61,020.43 | (80,291.75) |
| **Total Operating Expenses** | 224,622.99 | 150,358.59 | (74,214.64) |
| **Net Income / Loss** | (100,260.14) | (33,523.60) | 69,422.60 |